UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ADAM GRADEN,<br><br>       Petitioner,<br><br>   v.<br><br>HAROLD CLARKE,<br><br>       Respondent. | Case No. C08-5025 RBL/KLS<br><br>ORDER TO AMEND PETITION |

This habeas corpus petition has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Petitioner seeks federal habeas corpus relief pursuant to 28 U.S.C. § 2254. (Dkt. # 1).

The Court notes that Petitioner has failed to name the correct Respondent, thereby depriving this Court of personal jurisdiction. *United States v. Giddings*, 740 F.2d 770, 772 (9th Cir. 1984). 28 U.S.C. § 2243 requires that writs are to be directed "to the person having custody of the person detained." The proper respondent in a federal habeas corpus petition is the petitioner's "immediate custodian." *Demjanjuk v. Meese*, 784 F.2d 1114, 1115 (D.C.Cir. 1986). A custodian "is the person having a day-to-day control over the prisoner. That person is the only one who can produce 'the

ORDER - 1

1  body' of the petitioner." *Guerra v. Meese*, 786 F.2d 414, 416 (D.C.Cir. 1986).

2      Therefore, Petitioner's custodian for purposes of his habeas corpus petition challenging the

3  execution of his Washington state sentence, is the warden of the prison where he is currently

4  confined. *See, e.g.*, *Brittingham v. United States*, 982 F.2d 378 (9th Cir. 1992); *Dunne v. Henman*,

5  875 F.2d 244, 249 (9th Cir. 1989).

6      In addition, because Petitioner is a Washington state prisoner housed in an out-of-state

7  facility, he should name the Washington Attorney General as a respondent.

8      Accordingly, it is **ORDERED**:

9      (1) Petitioner shall amend his petition to name his immediate custodian and warden and

10 the Washington Attorney General as Respondents, and shall provide the Court with

11 sufficient copies of the Petition for service **on or before February 29, 2008**; and

12     (2) The Court Clerk is directed to send a copy of this Order to Petitioner and to note this

13 matter for the Court's **February 29, 2008** calendar.

15     DATED this  28th  day of January, 2008.

                      Karen L. Strombom
                      United States Magistrate Judge

28 ORDER - 2