UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ADAM GRADEN,

        Petitioner,

v.

HAROLD CLARKE,

        Respondent.

Case No.  C08-5025 RBL/KLS

ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME

The Court, having reviewed Petitioner's motion for extension of time to amend his Petition to name the proper respondent (Dkt. # 5), and the balance of the record, does hereby **ORDER**:

(1) Petitioner's motion for an extension of time (Dkt. # 5) is **GRANTED;**

(2) Petitioner shall amend his petition to name his immediate custodian and warden and the Washington Attorney General as Respondents, and shall provide the Court with sufficient copies of the Petition for service **on or before March 28, 2008**; and

(3) The Court Clerk is directed to send a copy of this Order to Petitioner and to note this matter for the Court's **March 28, 2008** calendar.

DATED this  15th  day of February, 2008.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1