1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
9                       AT TACOMA

10   ADAM GRADEN,

11              Petitioner,

12                                              Case No. C08-5025 RBL/KLS
         v.
13                                              ORDER FOR SERVICE AND
     ELDON VAIL, ROB MCKENNA and                RETURN,  § 2254 PETITION
     WARDEN F. E. FIGUEROA,
14

15              Respondents.

16

17        (1)    The Clerk shall arrange for service by certified mail upon Respondent, a copy of the

18   Petition, of all documents in support thereof, and Petitioner's Response to the Court's Order to

19   Amend the Petition (Dkt. # 1, 2, and 7), and of this Order.  All costs of service shall be advanced by

20   the United States.  The Clerk shall assemble the necessary documents to effect service.  The Clerk

21   shall send Petitioner a copy of this Order, and the General Order.  The Clerk will also send a

22   courtesy copy of the petition to the Washington State Attorney General's Office Criminal Justice

23   Division.

24        (2)    Within forty-five (45) days after such service, Respondent shall file and serve an

25    answer in accordance with Rule 5 of the Rules Governing § 2254 Cases in United States District

26   Courts.  As part of such answer, Respondent should state whether Petitioner has exhausted available

27

28   ORDER FOR SERVICE AND RETURN,  2254 PETITION - 1

1   state remedies, whether an evidentiary hearing is necessary, and whether there is any issue of abuse

2   of delay under Rule 9.  Respondent shall not file a dispositive motion in place of an answer without

3   first showing cause as to why an answer is inadequate.  Respondent shall file the answer with the

4   Clerk of Court and serve a copy of the answer upon Petitioner.

5          (3)      The answer will be treated in accordance with Local Rule CR 7.  Accordingly, upon

6   receipt of the Answer the Clerk will note the matter for consideration on the fourth Friday after the

7   answer is filed, Petitioner may file and serve a response not later than on the Monday immediately

8   preceding the Friday appointed for consideration of the matter, and Respondent may file and serve a

9   reply brief not later than the Friday designated for consideration of the matter.

10

11         DATED this  7th  day of March, 2008.

12

13

14                                                     Karen L. Strombom
                                                       United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28   ORDER FOR SERVICE AND RETURN,  2254 PETITION - 2