1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ADAM GRADEN,

        Petitioner,

     v.

ELDON VAIL, ROB MCKENNA and
WARDEN F. E. FIGUEROA,

        Respondents.

Case No.  C08-5025 RBL/KLS

ORDER EXTENDING
PETITIONER'S TIME TO FILE
REPLY TO RESPONDENTS'
ANSWER

    This habeas corpus action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 1, 3 and 4.   The court previously granted an extension of time for Respondents to file their answer to Mr. Graden's habeas corpus petition. (Dkt. # 17).  Respondents have filed their answer and noted it on the court's calendar for June 20, 2008. (Dkt. # 18).  Accordingly, the court's order with regard to Petitioner's time to file his reply should be amended.

    It is, therefore, **ORDERED:**

    1.    Petitioner may file a reply brief not later than **June 20, 2008;**

    2.    The Clerk of the Court shall **re-note** the Petition for Writ of Habeas Corpus (Dkt. # 1) for **June 20, 2008**; and

ORDER
Page - 1

3. The Clerk shall send copies of this Order to the Petitioner and to counsel for the Respondent.

DATED this  29th   day of May, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2