UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ADAM GRADEN,

    Petitioner,

v.

ELDON VAIL, ROB MCKENNA and WARDEN F. E. FIGUEROA,

    Respondents.

Case No.  C08-5025 RBL/KLS

ORDER EXTENDING PETITIONER'S TIME TO FILE REPLY TO RESPONDENTS' ANSWER

Before the court is Petitioner's motion for an extension of time until July 14, 2008 to file his reply to Respondents' answer to his habeas corpus petition.  (Dkt. # 21).  The court finds that the extension should be granted.

It is, therefore, **ORDERED:**

1. Petitioner may file a reply brief not later than **July 14, 2008;**

2. The Clerk of the Court shall **re-note** the Petition for Writ of Habeas Corpus (Dkt. # 1) for **July 18, 2008**; and

3. The Clerk shall send copies of this Order to the Petitioner and to counsel for the Respondent.

DATED this  16th   day of June, 2008.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1