1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ADAM GRADEN,

               Petitioner,

      v.

ELDON VAIL, *et al.*,

               Respondents.

Case No. C08-5025 RBL/KLS

ORDER ADOPTING REPORT AND
RECOMMENDATION

     The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and

Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and

Recommendation [Dkt. #25], and the remaining record, does hereby find and ORDER:

     (1)    The Court adopts the Report and Recommendation;

     (2)    Petitioner's writ of habeas corpus (Dkts. # 1 and 8) is **Dismissed with Prejudice**;

            and

     (3)    The Clerk is directed to send copies of this Order to Petitioner, counsel for

            Respondent and to the Hon. Karen L. Strombom.

     DATED this 22nd day of August, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1