# United States District Court

WESTERN DISTRICT OF WASHINGTON

ADAM GRADEN

                v.

ELDON VAIL, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5025RBL/KLS

___     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Petitioner's writ of habeas corpus (Dkts. #1 and 8) is **Dismissed with Prejudice**.

| | |
|---|---|
|   August 27, 2008 |   BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |